■ PORT BAY ASSOCIATES, Appellant, v SOUNDVIEW SHOPPING CENTER et al., Respondents. [639 NYS2d 741]

Ordered that the appeal from the order is dismissed, as the right of direct appeal therefrom terminated with the entry of judgment in the action *(see, Matter of Aho,* 39 NY2d 241, 248); and it is further,

Ordered that the order and judgment entered June 17, 1994, is affirmed, for reasons stated by Justice Winick at the Supreme Court in his undated short form order; and it is further,

Ordered that the respondents are awarded one bill of costs. Rosenblatt, J. P., Miller, Ritter and Sullivan, JJ., concur.

■ PRESS ASSOCIATION, INC., Appellant, v VASSAR COLLEGE, Respondent, and RADIO STATION WVKR 91.3 FM, Defendant. [639 NYS2d 736]

Ordered that the judgment is affirmed insofar as appealed from, with costs, for reasons stated by Justice Hillery in her decision and order dated December 1, 1994. Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.